FILED
1-16-08
JAN 16 2008
MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0036 |
| vs. | ) | |
| MHDE ASKAR | ) | Magistrate Judge Mason |

### EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint and Affidavit and this motion to seal and proposed order for 90 days, through and including April 16, 2008, or until further order of the Court. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation and may prevent each defendant from cooperating if either defendant chooses to cooperate with law enforcement authorities. The government requests that law enforcement agents be allowed to enter the arrest warrant into law enforcement data bases while the warrant remains under seal.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
 **DIANE MacARTHUR**
 Assistant United States Attorney
 United States Attorney's Office
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-5352