IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0036 |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| MHDE ASKAR | ) | |

### ORDER

Upon the government's motion to seal the Criminal Complaint, Affidavit, Motion to Seal and this Order, it is hereby FOUND AND DETERMINED THAT:

A. Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

B. Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The government's motion is granted.

2. The 's Criminal Complaint, Affidavit, Motion to Seal and this Order shall be sealed for a period of 90 days, through and including April 16, 2008, or until further order of the court.

3. Law enforcement officers may enter the arrest warrant into law enforcement data bases while the warrant remains under seal.

_____
MICHAEL T. MASON
United States Magistrate Judge

DATED: Jan. 16, 08