# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 1/17/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/17/08. Government's oral motion to unseal this case is granted. Defendant appears in response to arrest on 1/17/08. Defendant informed of his rights. Enter Order appointing Imani Chiphe as counsel for defendant for initial appearance only. Defendant is to retain private counsel. Government seeks detention. Detention hearing and status on preliminary examination hearing set for 1/22/08 at 2:30 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|