# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** U.S. vs. Askar

**FOR / AT:** _____

**LOCATION NUMBER:** ~~OTHER~~

**PERSON REPRESENTED** (Show your full name): _____

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
- Magistrate: 08 CR 36  08CR 36
- District Court: 08 CR 36
- Court of Appeals: _____

FILED 1-17-08  JAN 17 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Self employed -- M+M management
- IF YES, how much do you earn per month? $ 25,000
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ N/A

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 100,000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 150,00  1744 E. 73rd -- Chicago
  - $ 300,000  6318 S. Lawrence
  - $ 300,000  6102 S. Marquette

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| mortgages | | $ | $ 5000 |
| utilities | | $ | $ 1,000 |
| car payment | | $ | $ 500.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-17-08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) ▶