# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/18/08 and continued to 1/22/08 at 1:45 p.m. (reset from 2:30 p.m.). Imani Chiphe is given leave to withdraw as counsel. Michael Clancy is given leave to file his appearance on behalf of defendant. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KF |
|---|---|---|