# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 1/22/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/22/08. Government and defendant agree on certain conditions of release. Terence Gillespie is given leave to file his appearance on behalf of defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

1:00

| | Courtroom Deputy Initials: | KF |
|---|---|---|