UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
v. )
)
MHDE ASKAR )
) No. 08 CR 36
) Magistrate Judge Mason

F I L E D
JAN 2 8 2008    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 2 8 2008

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on January 22, 2008, and for and in consideration of bond being set by the Court for defendant MHDE ASKAR, in the amount of $ 577,455 , being partially secured by real property, FIRAS ASKAR hereby warrants and agrees:

1. FIRAS ASKAR warrants that he is the sole record owner and titleholder of the real property located at 5133 North McVicker Avenue, Chicago, Illinois, described legally as follows:

> LOT 27 IN BLOCK 1 IN C.W. DYNIENICZ'S RESUBDIVISION OF BLOCK 1 IN ANG L. DYNIENICZ PARK, BEING A SUBDIVISION OF THE NORTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 8, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
>
> P.I.N. 13-08-305-013-0000.

FIRAS ASKAR warrants that there is one outstanding mortgage and one revolving line of credit against the subject property and that the equitable interest in the real property is at least $ 140,455 .

2. FIRAS ASKAR agrees that his equitable interest in the above-described real property may be forfeit to the United States of America should the defendant MHDE ASKAR fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. FIRAS

ASKAR further understands and agrees that, if defendant MHDE ASKAR should violate any condition of the Court's release order, and his equity in the property is less than $ 140,455, he will be liable to pay any negative difference between the bond amount of $ 357,455 and his equitable interest in the property, and FIRAS ASKAR hereby agrees to the entry of a default judgment against him for the amount of any such difference. FIRAS ASKAR has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3. FIRAS ASKAR further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. FIRAS ASKAR understands that should defendant MHDE ASKAR fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. FIRAS ASKAR further agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. FIRAS ASKAR further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MHDE ASKAR, he is subject to a felony prosecution for making false statements and making a false

2

declaration under penalty of perjury. FIRAS ASKAR agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. FIRAS ASKAR hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 01/22/08

FIRAS ASKAR
SURETY/GRANTOR

Date: 01/22/08

Catherine A. Mueller
Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/km

3