IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 08 CR 36 |
| VS ) | Magistrate Michael T. Mason |
| ) | |
| ) | |
| ) | |
| MHDE ASKAR ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: **Diane MacArthur**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

**PLEASE TAKE NOTICE** that on Friday, February 1, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached DEFENDANT'S MOTION TO EXPAND CONDITION OF PRE-TRIAL RELEASE.

## CERTIFICATE OF SERVICE

I, Steven C. Rueckert, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on 02/01/08 served the above and foregoing Motion, on the persons shown above at the address shown therein by depositing same via-hand delivered to same.

Respectfully submitted,

s/Michael F. Clancy
**Michael F. Clancy**
Attorney at Law
10345 S. Western Ave
Chicago IL 60643
(773) 238-6000 Office
(312) 264-0346 Fax
Atty No. 36092