# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 2/4/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/4/08. Defendant's motion to expand conditions of pre-trial release is entered and continued to 2/19/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|