Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 36 | DATE | 2/6/2008 |
| CASE TITLE | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Defendant's agreed oral request to permit the defendant to attend a family wedding in River Grove, Illinois on 2/10/08 from 5:00 p.m. to 11:00 p.m. is granted. Enter Agreed Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.



| | Courtroom Deputy Initials: | KF |
|---|---|---|