

IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 08 CR 36 |
| VS. ) | MAGISTRATE JUDGE |
| ) | MICHAEL T. MASON |
| MHDE ASKAR, ) | |
| Defendant ) | |

### AGREED ORDER

It is ordered by this Honorable Court that based on the agreement of the parties and no objection by pre-trial service the Defendant, MHDE ASKAR, is given permission to attend a family wedding in River Grove, Illinois of February 10, 2008 from 5:00 p.m. to 11:00 p.m.

_____
Magistrate Judge Michael T. Mason

Dated: February 6, 2008

Michael F. Clancy
10345 S. Western Avenue
Chicago, IL 60643
(773) 238-6000