## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 2/6/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

At defendant's counsel's request, continued hearing on defendant's motion to expand conditions of pre-trial release is reset from 2/19/08 to 2/20/08 at 3:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|