# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [23] is granted. ENTER ORDER: It is ordered that the time within which to file an indictment against the defendant be extended from February 16, 2008 to and including April 17, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00036    Document 24    Filed 02/11/2008    Page 1 of 1

08CR36 USA vs. Mhde Askar      Page 1 of 1