# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 2/20/2008 |
| **CASE TITLE** | United States vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/20/08. Defendant's motion to expand conditions of pre-trial release is granted. Defendant's bond is modified to remove the home detention with electronic monitoring condition. All other aspects of defendant's bond previously set to stand.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|