AUSA Diane MacArthur (312) 353-5352

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MHDE ASKAR

FILED
J.N MAY 6, 2008
MAY IX 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE MASON
WARRANT FOR ARREST

CASE NUMBER:
08CR 0036
UNDER SEAL  08 CR 36

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Mhde Askar
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment  ___Information  _X_Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him or her with  (brief description of offense)

devising a scheme to defraud and to obtain money by means of materially false and fraudulent representations and promises and, for purposes of executing such scheme, knowingly causing a wire to be transmitted in interstate commerce on or about December 27, 2007 for the purpose of executing such scheme and artifice to defraud, namely, an email from Chicago, Illinois through New York and California containing as an attachment a Uniform Residential Loan Application for the purchase of real property located at 7952 S. Chappel Ave., Chicago, IL 60617;

in violation of Title  18  United States Code, Section(s)  1343

MICHAEL T. MASON
Name of Issuing Officer

*Michael T. Mason* (signature)
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Chicago, Illinois  Jan 16, 08
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED  1-16-08 | NAME AND TITLE OF ARRESTING OFFICER  SPECIAL AGENT STEVEN T. SECOR | SIGNATURE OF ARRESTING OFFICER  *Steven T. Secor* |
| DATE OF ARREST  1-17-08 | | |