## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Government's third unopposed motion for an extension of time to return indictment or to file an information [33] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from June 20, 2008 to and including August 22, 2008.
X-T

■ [ For further detail see separate order(s).]        Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00036    Document 34    Filed 06/18/2008    Page 1 of 1

08CR36 USA vs. Mhde Askar        Page 1 of 1