**IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | **No. 08 CR 0036** |
| ) | |
| ) | **Judge Mason** |
| **MHDE ASKAR**, ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO EXPAND CONDITIONS OF PRE-TRIAL RELEASE

Now comes your Defendant MHDE ASKAR by and through his attorney, Michael F. Clancy and in support of his motion states;

1. That on January 22, 2008 the Defendant was granted Pre-trial release.

2. That the Defendant would like to go to New York, New York from August 21, 2008 until August 24, 2008.

3. That the Defendant will notify Pre-trial Services of travel information.

4. That this Motion to Expand Conditions of Pre-trial Release is unopposed by the Government and Pre-trial Services.

WHEREFORE, your Defendant respectfully requests this Honorable Court grant the Agreed Motion to Expand Conditions of Pre-trial Release.

Respectfully Submitted,

/s/ Michael F. Clancy
Michael F. Clancy