Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 36 | DATE | 8/4/08 |
| CASE TITLE | USA vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Agreed Motion to Expand Conditions of Pre-Trial Release to allow defendant to travel to New York, New York from 8/21/08 until 8/24/08 [ document number 37] is granted. Defendant is ordered to notify Pre-Trial Services of all travel information.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

08CR36 USA vs. Mhde Askar    Page 1 of 1