Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge If Other than Assigned Judge | Magistrate Judge Jeffery Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 36 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Mhde Askar | | |

**DOCKET ENTRY TEXT**

Government's unopposed firth motion (Doc. No. 36) for an extension of time to return indictment or to file an information pursuant to 18 USC 3161(h)(8)(A) & (B) from 8/22/08, to and including 10/17/08, is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|

2008 AUG 15 PM 3: 13
U.S. DISTRICT COURT
FILED

08CR179 USA vs. Okulaja                                                   Page 1 of 1